UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. COX,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | No. 2:19-cv-1637 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that his rights were violated in connection with a 2014 rules violation for allegedly overfamiliar contact with a correctional officer. On September 24, 2020, defendants filed a motion to opt out of the post-screening ADR project. (ECF No. 19.) After reviewing the motion, the court finds good cause to grant defendants' motion.

////
////
////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 19) is granted and the stay of this action is lifted;

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

Dated: November 9, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/cox1637.optout.post.waiver