UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. COX, | No. 2:19-cv-1637 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that his rights were violated in connection with a 2014 rules violation for allegedly overfamiliar contact with a correctional officer. Presently before the court are the parties' motions for extensions of time. (ECF Nos. 25, 26.)

Defendant filed a motion to dismiss on November 30, 2020. (ECF No. 21.) On December 28, 2020 plaintiff filed a motion for an extension of time to file an opposition concurrently with an opposition to defendant's motion to dismiss. (ECF No. 25.) Because plaintiff has filed an opposition, the court will deny plaintiff's motion for an extension of time to file an opposition as moot.

Additionally, defendant has sought an extension of time to file a reply to plaintiff's opposition. (ECF No. 26.) Defendant argues additional time is necessary based on a delay in counsel's receipt of plaintiff's opposition. Good cause appearing the court will grant the motion.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file an opposition (ECF No. 25) is denied as moot.

2. Defendant's motion for an extension of time to file a reply (ECF No. 26) is granted. Defendant shall file a reply on or before January 19, 2021.

Dated: January 5, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:Orders/Prisoner/Civil.Rights/cox1637.eot