1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERNEST LEE COX,                          No.  2:19-cv-1637 JAM DB P

12              Plaintiff,

13        v.                                  ORDER

14   SCOTT KERNAN, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On August 26, 2021, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  (ECF No. 30.)  Plaintiff

23   filed objections to the findings and recommendations.  (ECF No. 31.)  Defendants filed a

24   response to plaintiff's objections (ECF No. 32) and plaintiff filed a reply to defendants' response

25   (ECF No. 33).

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

27   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

28   ////

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2021 (ECF No. 30), are **ADOPTED** in full;

2. Defendant's motion to dismiss (ECF No. 21) is **GRANTED**; and

3. The Clerk of Court is **DIRECTED** to close this case.

Dated: November 22, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

/cox1637.805

2